# Exhibit A

| Summons | CIVIL DOCKET NO. 2283CV00106 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Robert DRUNAN Plaintiff(s) vs. Stephan Hoge Defendant(s) A TRUE COPY ATTEST [signature] DEPUTY SHERIFF Middlesex County 3/2/22 DATE OF SERVICE | | Clerk of Courts County COURT NAME & ADDRESS: Brockton Superior Court 72 Belmont St Brockton MA 02301 |

THIS SUMMONS IS DIRECTED TO **Stephen Hoge** (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _____ Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Business, _____ Court (address), by mail or in person **AND**

b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:
www.mass.gov/courts/case-legal-res/rules_of_court

4. **Legal Assistance.**
You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required Information on All Filings:**
The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger , Chief Justice on _____ , 20____ . (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ , I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____
_____
_____

Dated: _____     Signature: _____

N.B. TO PROCESS SERVER:
   PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date: _____

rev. 7/21

I got the first Moderna Covid vaccine on 4/21/2021. Hours after I Felt ill and lasted about two weeks. I received the second on 5/19/2021 at 10:48 am. At around 8:00 pm on 5/19/2021. I felt so sick, so nauseous. I went to bed. I could not move. My body reaction was that I was poisoned. I was moaning so loud. I thought my neighbors could hear me. My body was so hot for about five minutes. Then for about five minutes my body was cold, my teeth were chattering. This went on all night long, my body hot then cold. My clothing was saturated with sweat, perspiration. I never perspired so much in my life.

All my internal organs were in pain and were very hot. I could feel severe pain in all my internal organs. My muscles kept spasming. My muscles kept contacting and would not release. It would happen to my calf muscles and my hamstring muscles and my shin muscles. When muscles would contract it would be on both legs. My muscles were contracted as much as they could be, causing so much pain in my muscles. I would reach down with my hand to massage my muscle to make them release. Then my hands and fingers would not work. My hands and fingers were locked up, my hands and fingers were in so much pain. My leg muscles would not release.

At around 11:00 pm my heart beat was going BOOM, BOOM, BOOM in different areas in my chest. I was in atrial fabulation. I was in AFIB all night long. My internal organs were in so much pain. I could feel all my internal organs. My internal organs were so hot. At about 2:00 am my body and internal organs were so hot. It felt like my body was going to combust. My heart was in AFIB, I had to get to the shower to take cold shower. It took all I had to get to the shower. I had to hold myself up holding everything to get to shower. I had to support myself in shower. I took cold shower. It took everything to get back into bed. My heart was still in AFIB. I was so nauseous. My body was reacting that I was poisoned. I believed I was going to die.

The next morning, I woke up. My heart was beating out of my chest, AFIB still. I had chest pain. While in bed I reached for water next to my bed and my right-hand index finger was stuck straight the second finger from end of hand was bent always into my palm. I reached with my left hand and the index finger was stuck straight and the second finger from end was bent into my palm. An exact duplicate. I was thinking this must be neurological for both hands to do same exact things. I tried to get up out of bed. I could not. My brain hurt so much.

I was in bed for three days. I did not eat for three days. I had gallon of distilled water in my room for my humidifier. If I did not have this water I would have been in trouble. I had to urinate from my bed in a plastic container. On third day in afternoon. I had to get up to eat. It took everything I had to get out of bed. I could only eat small amounts of food, milk. I had Bayer aspirin so I kept taking the aspirin. Because my heart was still in AFIB. I debated every hour to go to hospital. But hospital was full of covid patience. I believed if I went, I would get covid and die.

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

FEB - 9 2022

Clerk of Court

I went back and forth from my recliner to my bed for days. I had trouble breathing. My breathing was not the same. When I used my TV remote my fingers kept locking up. Fingers would come together almost touching and my thumb would go into center of hand. My hand would be stuck not work. My hand muscles hurt very bad. My muscles kept spasming. My heart was beating very fast. It was so hard to go to my recliner to my kitchen. When I would stand, I got nauseous. Most of the time I got nauseous, I would sneeze several times. This went on for days.

Then I started vomiting for two days. On second day of vomiting, I could not get out of bed. I called my sister; I told my sister the moderna covid shot poisoned me. I believe I am going to die. My sister drove to my house. My sister called ambulance I went to Brockton Hospital. Brockton Hospital had me flown into Boston Medical Center.

Heart and endocrinologist Doctors at Boston Medical Hospital said to that my heart was in Atrial Fibrillation. Doctors told me my heart rate was 150 beats a minute and would not go down. The AFIB caused a blood clot to my lungs. My blood sugar was 700mg/dl. My thyroid shut down and I was not producing insulin, so I have type 1 diabetes now. Doctors did not understand because you have type 1 diabetes from when you are born. Doctors said I had four problems going on with me. I had twelve doctors around me complexed why this is happing to me. I explain to the doctors that all these problems going on with me happened after I got the moderna covid vaccine. At day of moderna vaccine I weighed 205 LBS. At Boston City Hospital the nurse weighed me I weighed 170 LBS. I could not believe I lost 35 LBS in one week.

I explained to all Boston Medical Doctors that I never had type 1 diabetes. I never had a blood sugar problem ever. I never had a heart problem ever. I was in perfect health before moderna covid vaccine. I ate healthy, before moderna covid vaccine injection. I drank gallon 100% fruit juice, two gallons of milk every week. I ate ice cream every week. With no problem, No high blood sugar. now If I have a glass of milk or juice my blood sugar goes up high. When my blood sugar goes up above 300 mg/dl It feels like I have high blood pressure especially in my head. All Boston Medical doctors came to conclusion that the moderna vaccine caused all the problems going on with me. Boston Medical Center Doctors did a report with the CDC about what the moderna vaccine side effects did to me.

I did not have heart problem before moderna covid vaccine. Before moderna vaccine I worked out four days a week. When the weather was nice, I rode my bike from my house on east side of Brockton to work out world in Brockton. I rode through DW Fields park to work out world. I worked out for two hours and then rode my bike home. I was in great shape before covid vaccine.

While at Boston City Hospital my heart was in Atrial Fibrillation most of time. Also, I had a sever irregular heartbeat every beat BOOM BOOM, BOOM. My heart rate would not go down below 100 beats a minute My vision was blurry. I could not read lettering on TV. I was nauseous all the time. I felt so terrible.

The Boston Medical Doctors were treating me with short-acting and long-acting insulin for my blood sugar. Doctors said that I would have to take insulin rest of my life. I was taking Eliquis to prevent blood clot from the AFIB going on. Doctors said the blood clot in my lung will not go away. I was taking Methimazole for my thyroid. I was taking Metoprolol for my elevated heart rate. Even with Metoprolol my heart rate would not go below 100 beats a minute.

I was at Boston Medical Center for seven days. When I left Boston Medical Center, I was not ready to leave. My hands kept locking up would not move, my hands do this every day all day long. Almost every night up till today I wake up with my muscles totally contracted as much as they possible can and stay contracted for about ten minutes. This has been going on for eight months. My heart has been in AFIB about 25 times since I got out of hospital. My muscles spasm all day long.

I have a sever irregular heartbeat every day. I can feel it all day long. My heart goes BOOM or THUD all day long. When heart beats it shakes my whole body. I can't eat any food that is good. I have to eat whole wheat and drink water. I inject myself with insulin all day and night. My fingers hurt from pricking to do blood sugar test.

The night of I received the moderna vaccine my brain hurt. Weeks and months later all the way up till today my brain is not same. I can only think in the present time. I try to think of the past memories and I cannot or it is difficult almost imposable. My brain feels like it is dead. All the time I go to do something and then I can't remember what I was going to do. I never had any of these problems with my brain before moderna covid vaccine.

I had no problems breathing before moderna covid vaccine. When I don't were a mask, it is very difficult to breath. When I have to wear a mask, it is almost imposable to breath. When I wear a mask, my body feels so terrible. I am not getting enough oxygen in my body. When I wear a mask my blood pressure goes very high. My blood pressure machine said 160 over 140. I added picture showing. My blood pressure machine is a Walgreens Homedics. Mask or no mask on A lot of times my heart rate does not go below 100 beats a minute. A lot of times my blood pressure goes very low. The blood clot in my lung is causing a lot of problems.

When I was at Boston City Hospital my vision was blurry. When I got out of hospital my vision was very blurry. My vision today is not the same as it was before I received moderna covid vaccine.

After I got out of Boston Medical Center, I bought a Kardi mobile EKG device. Almost every time I recorded my EKG on the Kardi mobile device it said either Atrial Fibrillation or Tachycardia. I have all my Kardio Mobile history on my phone to show.

When I use T.V. remote control or the computer mouse, after about ten minutes my hand muscles hurt, my index finger keeps pointing straight and will not move. Also, my hand muscles and forearm keep spasming. The moderana vaccine shot did damage to my neurological system. My muscles keep spasming or contracting all day and night long.

I tried walking to try to reset my heart. My leg muscles hurt especially right one. I have been applying for jobs. But I realized I can't do any manual labor jobs for eight hours. I have been applying for security jobs that I do not have to do manual labor. But I am worried because I cannot wear a mask. All jobs want people to wear a mask. I cannot believe what that moderna covid vaccine did to me. I was in perfect health before the vaccine. I am 100 % positive I will die an early death from the moderna covid vaccine.

The president of moderna Stephen Hoge and the Federal Government and CDC want to inject the moderna vaccine in all children in United States of America. They want to inject the covid vaccine everyone in United States of America every year. The moderna Vaccine is poison to the human body it is not meant to be in the human body. Covid 19 has little effect on children and people who take care of themselves. Before I received the moderns covid vaccine I was in perfect health, much more healthy than average person. Judge, read what the moderna vaccine did to me in my written testimony All my Boston Medical Center doctors reports. We must protect the children of the United States of America.

I Robert Druhan am a Massachusetts resident and I am filing civil suit against Massachusetts resident Stephen Hodge president of moderna Inc for doing harm to my body from the moderns covid vaccine.

The president of moderna Stephen Hoge said the moderna vaccine was 100% effective. This is not true. Moderna president said there is no side effects from moderna vaccine. This is not true. Moderna president said that a person who gets the moderna vaccine will not get Covid 19. This is not true.

Over 7000 people have died from covid vaccine. People who got vaccine have had brain problems; People have had heart problems from the covid vaccine, especially kids. Myocarditis. Woman have menstrual problems from vaccine. Moderna vaccine is poison to the body. Moderna vaccine is not meant to be in human body.

Moderna and doctors and CDC and Federal Government are covering up the side effects of the moderna and Pizer vaccine. The covid vaccine has killed lot more than 7000 people according to CDC. The hospitals list people who have died from vaccine deaths as cause of death something else. I believe everyone who got moderna vaccine will die an early then they would of if they did not get moderns vaccine.

Average 600,000 people die from heart attacks a year. We will see how many people die of heart attacks at end of 2022. Moderna and CDC and Federal Government and Doctors are and will cover up harm from Covid 19 Vaccine. Several doctors that treated me cared more about protecting the moderna vaccine than they did about me. I witnessed how doctors acted, protecting the moderna vaccine.

2/9/22

2

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 2283CV00106 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| | | COUNTY |

| Plaintiff | Robert Druhan | Defendant: | STEPHEN HOGE |
|---|---|---|---|
| ADDRESS: | 186 ROYAL ROAD, BROCKTON, MA. 02302 | ADDRESS: | MODERNA 200 TECHNOLOGY SQUARE |
| | | | CAMBRIDGE, MA. 02139 |

| Plaintiff Attorney: | | Defendant Attorney: | FILED COMMONWEALTH OF MASSACHUSETTS |
|---|---|---|---|
| ADDRESS: | | ADDRESS: | SUPERIOR COURT DEPT. OF THE TRIAL COURT PLYMOUTH COUNTY |
| BBO: | | BBO: | FEB − 9 2022 Clerk of Court |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04, B05 | Personal Injury, Product Liability | | ☐ YES  ☒ NO |

*If "Other" please describe: _____

Is there a claim under G.L. c. 93A?   ☐ YES   ☐ NO

Is there a class action under Mass. R. Civ. P. 23?   ☐ YES   ☐ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS

A. Documented medical expenses to date
   1. Total hospital expenses
   2. Total doctor expenses
   3. Total chiropractic expenses
   4. Total physical therapy expenses
   5. Total other expenses (describe below)

Subtotal (1-5): **$0.00**

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

TOTAL (A-F): ~~$0.00~~ One hundred million DOLLARS

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Moderna covid vaccine caused my heart to be in Atrial Fibrillation sending blood clot to my lung, caused my thyroid to shut down, caused me to have type 1 diabetes, problems with my muscles and my brain. Filing civil suit against Moderna $100,000,000.

### CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Unrepresented Plaintiff: X   Robert Druhan  /s/ Robert Druhan   Date: January 26, 2022

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X _____   Date: _____

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 2283CV00106 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Robert Druhan vs. Stephen Hoge | | Robert S. Creedon, Jr., Clerk of Courts |
| TO: Stephen Hoge<br>No addresses available<br>, | | COURT NAME & ADDRESS<br>Plymouth County Superior Court - Brockton<br>72 Belmont Street<br>Brockton, MA 02301 |

## TRACKING ORDER - A - Average

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                       DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 05/10/2022 | |
| Response to the complaint filed (also see MRCP 12) | | 06/09/2022 | |
| All motions under MRCP 12, 19, and 20 | 06/09/2022 | 07/11/2022 | 08/08/2022 |
| All motions under MRCP 15 | 04/05/2023 | 05/05/2023 | 05/05/2023 |
| All discovery requests **and depositions** served and non-expert depositions completed | 01/30/2024 | | |
| All motions under MRCP 56 | 02/29/2024 | 04/01/2024 | |
| Final pre-trial conference held and/or firm trial date set | | | 07/29/2024 |
| Case shall be resolved and judgment shall issue by | | | 02/10/2025 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 02/09/2022 | | |

Date/Time Printed: 02-09-2022 16:00:38                                                                                                       SCV026\ 08/2018