# United States Court of Appeals
## For the First Circuit

No. 22-1983

ROBERT DRUHAN,

Plaintiff - Appellant,

v.

STEPHEN HOGE,

Defendant - Appellee.

Before

Barron, <u>Chief Judge</u>,
Lynch and Montecalvo, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: February 16, 2023

    Plaintiff-appellant filed a late notice of appeal and this court issued an order to show cause why the appeal should not be dismissed as untimely. We have considered plaintiff's response to the order and the record below. The appeal is untimely and is therefore dismissed. <u>See</u> <u>Bowles</u> v. <u>Russell</u>, 551 U.S. 205, 215 (2007) (time limits prescribed by Congress are jurisdictional); 28 U.S.C. § 2107(a) (prescribing 30-day time limit for filing notice of appeal in civil actions). Defendant's motion to dismiss the appeal is denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Druhan
Brenda R. Sharton