# United States Court of Appeals
## For the First Circuit

No. 22-1983

ROBERT DRUHAN,

Plaintiff - Appellant,

v.

STEPHEN HOGE,

Defendant - Appellee.

**MANDATE**

Entered: March 10, 2023

    In accordance with the judgment of February 16, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Druhan
Brenda R. Sharton